Colaizzi, Appellant, *v.* Wempa et ux.

Argued November 24, 1975. *Edward B. Friedman,* with him *Arnold M. Friedman,* and *Friedman and Friedman,* for appellant; *Charles C. Arensberg,* with him *Jeffrey J. Leech,* and *Tucker, Arensberg & Ferguson,* for appellees.

Order affirmed.

Commercial Bank and Trust Company, Appellant, *v.* Kademenos, et ux.

Argued November 24, 1975. *Frank A. Conte,* for appellant; *Howard E. Goldfarb,* for appellees.

Order affirmed.